Case 2:19-cv-21086-MCA-MAH   Document 7   Filed 01/16/20   Page 1 of 1 PageID: 26



UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ABID B. BUTT,**<br><br>Plaintiff,<br><br>— against —<br><br>**MGR ENT SOLUTIONS, LLC** and **MENA ROMAN,** *individually*,<br><br>Defendants. | Case No.: 2:19-CV-21086-MCA-MAH<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff(s) **ABID BUTT** and/or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, with prejudice against the Defendant(s) **MGR ENT Solutions, LLC** and **MENA ROMAN**, *individually*.

Dated:  January 16 2020

Respectfully Submitted,

**CRISCIONE RAVALA, LLP**

*/s/ Galen J. Criscione*

Galen J. Criscione, Esq.
2001 Route 46, Suite 310
Parsippany, NJ 07054
Tel: (973) 577-2208
Fax: (800) 583-1787
E-mail: GCriscione@lawcrt.com
*Attorneys for Plaintiff*

SO ORDERED
1/17/20
Madeline Cox Arleo, U.S.D.J.